BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00237 LJO |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING TRIAL |
| ) | COMMENCEMENT; ORDER |
| ) | |
| ) | Date:  July 30, 2013 |
| v. ) | Time:  8:30 p.m. |
| ) | Judge: Hon. Lawrence J O'Neill |
| ) | |
| ) | |
| STEVE ZAVEN KESSEDJIAN, ) | |
| ) | |
| Defendant. ) | |

    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the trial now set for April 23, 2013, may be continued to **July 30, 2013, at 8:30 a.m.**

    The reason for the continuance is to accommodate the Court's schedule and provide for the parties' continuity of counsel. Specifically, counsel for the parties are scheduled to commence trials in April, May and June 2013, and otherwise would be denied reasonable time necessary for effective preparation absent the continuance.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:    2/8/2013              BENJAMIN B. WAGNER
                                United States Attorney

                            By:    /s/ Christopher D. Baker
                                CHRISTOPHER D. BAKER
                                Assistant U.S. Attorney

Dated:    2/8/2013                  /s/ Alex R. Kessell
                                ALEX R. KESSEL
                                Attorney for Defendant
                                Steve Zaven Kessedjian

**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:    February 8, 2013**         **/s/  Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE