BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  1:11-CR-00237 LJO |
| Plaintiff, | ) |
| v. | ) APPLICATION AND ORDER REGARDING<br>) FINANICAL DISCLOSURES |
| STEVE ZAVEN KESSEDJIAN, | ) |
| Defendant. | ) |

On September 23, 2013, the Defendant herein, STEVE ZAVEN KESSEDJIAN, entered a guilty plea to Count One of the Indictment, which charges him with Mail Fraud, in violation of 18 U.S.C. § 1341.

As part of his Plea Agreement with the United States, the Defendant agreed to make full and complete disclosure of his assets and financial condition, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure" (Financial Affidavit) within five (5) weeks from the entry of Defendant's change of plea (see Doc. #45, ¶4(k)).  The Defendant also agreed to have the Court enter an

order to that effect (id.).

Accordingly, the United States hereby applies for entry of an order as follows:

1. The Defendant herein, STEVE ZAVEN KESSEDJIAN, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, no later than October 28, 2013.

Dated:  October 7, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney


                                              /s/ Christopher D. Baker
                                           CHRISTOPHER D. BAKER
                                           Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>STEVE ZAVEN KESSEDJIAN,<br><br>   Defendant. | NO. 1:11-CR-00237 LJO<br><br>ORDER REGARDING FINANCIAL<br>DISCLOSURES |

The Defendant herein, STEVE ZAVEN KESSEDJIAN, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than October 28, 2013.

IT IS SO ORDERED.

Dated: **October 9, 2013**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

-3-
ORDER REGARDING FINANCIAL DISCLOSURES