Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina Widner, #284512
William A. Parry, #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Steve Zaven Kessedjian

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVE ZAVEN KESSEDJIAN,<br><br>　　　　　Defendant | Case No.: 1:11-CR-00237-LJO<br><br>**STIPULATION REGARDING SENTENCING DATE** |

　　　　Jeffrey T. Hammerschmidt, attorney for defendant STEVE ZAVEN KESSEDJIAN, and Christopher D. Baker, Assistant United States Attorney HEREBY STIPULATE to the following:

1. That the basis for this stipulation is that the defense is awaiting financial documents that the defense believes are necessary to include in the sentencing memorandum;

2. That the sentencing hearing be continued from January 6, 2014 at 8:30 a.m. to January 21, 2014 at 8:30 a.m.;

3. That any sentencing memorandums be filed by the parties by January 13, 2014; and

4. That any replies shall be filed by January 15, 2014.

Dated: December 23, 2013						Respectfully submitted,

  /s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant,
Steve Zaven Kessedjian

Dated: December 23, 2013						  /s/ Christopher D. Baker
Christopher D. Baker
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00237-LJO |
| Plaintiff, | |
| vs. | |
| STEVE ZAVEN KESSEDJIAN, | |
| Defendant | |

ORDER

IT IS ORDERED that:

    The January 6, 2014 sentencing date be vacated;

    The sentencing will now occur on January 21, 2014;

    Any sentencing memos by the parties shall be filed by January 13, 2014; and

    Any replies shall be filed by January 15, 2014.

Date: December 24, 2013

/s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
U.S. District Judge