UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE ZAVEN KESSEDJIAN,<br><br>Defendant. | 1:11-CR-00237-LJO-SKO-1<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION (DOC. 75)** |

The Court has received and reviewed the Defendant's Motion for Reconsideration. The Defendant mistakenly argues that "[i]t is clearly error for the Court to say that it did not ***consider*** the victims (sic) decline to poverty and substantial loss in determining the sentence and order of restitution." Doc. 75 at 7 (emphasis added).

A reading of the language of the Minute Order Denying Defendant's Motions to Stay Execution, Vacate Sentencing and Resentence said no such thing. The Court never stated, nor would it make such an inaccurate statement, that it did not consider the victims' statements. It simply stated, and restates now, that the representations of the victims were not relied on to issue the sentence given. In sum, the victims' statements were not determinative of the result.

The current Motion for Reconsideration is DENIED.

**SO ORDERED**
**Dated: April 25, 2014**

                                                       **/s/ Lawrence J. O'Neill**
                                                      **United States District Judge**