

FILED

MAY 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   MICHAEL G. TIERNEY
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  NO.  1:11-CR-00237 LJO
                                  )
11          Plaintiff,            )
                                  )  APPLICATION AND ~~[PROPOSED]~~ ORDER
12     v.                         )  FOR PARTIAL PAYMENT OF RESTITUTION
                                  )
13 STEVE ZAVEN KESSEDJIAN,        )
                                  )
14          Defendant.            )
                                  )
15 ────────────────────────────────

16      WHEREAS, on April 14, 2014, defendant STEVE ZAVEN KESSEDJIAN was

17 sentenced, among other things, to pay restitution in the amount of

18 $72,259.62 to victims F.S. & C.S., M.S. and C.F. [Doc. 70];

19      WHEREAS, on April 14, 2014, in sentencing the defendant, the

20 Court granted the United States ("government")'s request to release

21 immediately funds on deposit in the Court's registry account (Case

22 No. DCAE111CR000237), then in the amount of $57,333.57, to be paid in

23 partial satisfaction of restitution owed to victims F.S. & C.S., M.S.

24 and C.F. [Doc. 70];

25      WHEREAS, the government has been unable to locate next of kin

26 for victim C.F.;

27      ACCORDINGLY, the government applies for entry of an Order

28 directing the clerk of the Court to release from the registry account

1  in this case $5,160.00 to victim M.S., and the remaining funds
2  ($52,173.55 and all accrued interest, representing approximately 91%
3  of the total on deposit in the Court's registry account) to victims
4  F.S. & C.S., in partial satisfaction of defendant's restitution
5  obligation.

6
   Dated:  April 29, 2014                    BENJAMIN B. WAGNER
7                                            United States Attorney

8
                                            /s/ Christopher D. Baker
9                                           CHRISTOPHER D. BAKER
                                            MICHAEL G. TIERNEY
10                                          Assistant U.S. Attorneys

11

12

13       The clerk of the Court shall release from the registry account
14  in this case $5,160.00 to victim M.S., and the remaining funds
15  ($52,173.55 and all accrued interest) to victims F.S. & C.S., in
16  partial satisfaction of defendant's restitution obligation.

17

18  **IT IS SO ORDERED.**

19

20  Dated:  May 1, 2014

21                                      Hon. Lawrence J. O'Neill
22                                      United States District Judge

23

24

25

26

27

28